UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JUL 03 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 5:25-CR-83-KKC

**MARTAVEUS LEE BELL JR.**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about February 18, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about February 27, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about March 5, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about March 11, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 18 U.S.C. § 922(g)(1)

On or about March 11, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus, Model: PT 24/7 G2C, Cal.: .45 ACP, pistol, SN: NEY85346, that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 6
## 18 U.S.C. § 922(g)(1)

On or about March 12, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus, Model: G2C, Cal.: 9mm, pistol, SN: ROA22PG-1707, that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 7
## 18 U.S.C. § 933(a)(1)

Beginning on or about March 11, 2025, and continuing through March 12, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.**

did knowingly transport, transfer, or otherwise dispose of the following firearms:

1. Taurus, Model: PT 24/7 G2C, Cal.: .45 ACP, pistol, SN: NEY85346; and
2. Taurus, Model: G2C, Cal.: 9mm, pistol, SN: ROA22PG-1707

to another person, in or otherwise affecting interstate commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony, all in violation of 18 U.S.C. § 933(a)(1).

## COUNT 8
## 21 U.S.C. § 841(a)(1)

On or about June 5, 2025, in Fayette County, in the Eastern District of Kentucky,

**MARTAVEUS LEE BELL JR.**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 9
## 18 U.S.C. § 924(c)(1)(A)

On or about June 5, 2025, in Fayette County, in the Eastern District of Kentucky,

### MARTAVEUS LEE BELL JR.

did knowingly possess firearms, to wit: a Glock, Model: 43X, Cal.: 9mm, pistol, SN: AKFU426, and a Walther, Model: PDP Compact, Cal.: 9mm, pistol, SN: FEA5516, in furtherance of a drug trafficking crime, as charged in Count 8 of this Indictment, for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 10
## 18 U.S.C. § 922(g)(1)

On or about June 5, 2025, in Fayette County, in the Eastern District of Kentucky,

### MARTAVEUS LEE BELL JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock, Model: 43X, Cal.: 9x19mm, pistol, SN: AKFU426, and a Walther, Model: PDP Compact, Cal.: 9x19mm, pistol, SN: FEA5516, that were in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## 21 U.S.C. § 851 ENHANCEMENT

Before **MARTAVEUS LEE BELL JR.** committed the offenses charged in Counts 1, 2, 3, 4, and 8 of this Indictment, he had a prior final conviction for a serious violent felony, to wit: Manslaughter First Degree, a conviction under Kentucky Revised Statute 507.030, by final judgment of the Fayette Circuit Court, Case No. 15-CR-00330,

for which he served more than 12 months of imprisonment for the offense.

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the felony offenses alleged in Counts 1, 2, 3, 4, and 8 of the Indictment, **MARTAVEUS LEE BELL JR.,** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **MARTAVEUS LEE BELL JR.,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 9 and 10 of the Indictment, **MARTAVEUS LEE BELL JR.,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that **MARTAVEUS LEE BELL JR.,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$20,439.00 in U.S. currency.

**FIREARMS AND AMMUNITION:**
a. Glock, Model: 43X, Cal.: 9x19mm, pistol, SN: AKFU426;
b. Walther, Model: PDP Compact, Cal.: 9x19mm, pistol, SN: FEA5516; and
c. Assorted ammunition

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_/s/ Paul C. McCaffrey_
PAUL. C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# **PENALTIES**

| | |
|---|---|
| **COUNTS 1-4 & 8:** | Not less than 10 years imprisonment, not more than life imprisonment, not more than a $10,000,000 fine, and not less than 5 years supervised release. |
| | **If prior serious drug felony or serious violent felony conviction:** Not less than 15 years imprisonment, not more than life imprisonment, not more than a $20,000,000 fine, and not less than 10 years supervised release. |
| **COUNTS 5-7 & 10:** | Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release. |
| **COUNT 9:** | Not less than 5 years imprisonment, not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and not more than 5 years of supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable |
| **PLUS:** | Forfeiture |