UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 5:25-CR-83-KKC-MAS-1 At Lexington Date September 18, 2026

USA vs Martaveus Lee Bell, Jr. X present X custody ___ bond ___ OR Age ___

DOCKET ENTRY: The parties appeared for sentencing as noted. The Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. The Court GRANTS the government's oral motion to dismiss counts 1, 2, 5, and 6 of the Indictment. There were no objections to the sentence as stated.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Elaine Haberer | Francisco J. Villalobos, II |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft Jeffrey Rager X present ___ retained X appointed

PROCEEDINGS: **SENTENCING** (Non-Evidentiary)

___ Objections to Presentence Report.

X No objections to Presentence Report.

___ The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

X Court's Advice of Right to Appeal provided to defendant.

X Transcript shall be deemed as written findings of Court.

X Judgment shall be entered (See Judgment & Commitment.)

___ Defendant to remain on bond and on conditions of release previously imposed.

X Defendant remanded to custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk km
TIC:/29